UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD JOSEPH ESPEY, | No. 2: 13-cv-2147 TLN KJN P |
| Plaintiff, | |
| v. | ORDER |
| DEUEL VOCATIONAL INSTITUTION, | |
| Defendant. | |

    Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  On October 16, 2013, plaintiff opened this action by filing a letter with the court alleging that prison officials at Deuel Vocational Institution ("DVI") took him off his "strict" epilepsy medication, his complex pain medication and his psychiatric medication.  On October 21, 2013, the court granted plaintiff thirty days to file a complaint containing his allegations regarding inadequate medical care.

    On October 29, 2013, plaintiff filed another letter with the court.  Plaintiff again alleges that he is being denied proper medication.  Plaintiff appears to allege that he suffered a seizure since arriving at DVI on April 30, 2013, that caused him to suffer permanent disfigurement.

    The court will screen plaintiff's complaint once it is filed pursuant to the October 21, 2013 order.  In the meantime, the court will direct the Office of the Attorney General to respond to plaintiff's claim that he is being denied seizure, pain and psychiatric medications.

Accordingly, IT IS HEREBY ORDERED that:

1. Within fourteen days of the date of this order, the Office of the Attorney General is directed to respond to plaintiff's allegations regarding the denial of medication contained in his October 16, 2013 and October 29, 2013 letters; and

2. The Clerk of the Court is directed to serve this order and a copy of plaintiff's October 16, 2013 and October 29, 2013 letters (ECF Nos. 1 and 9) on Supervising Deputy Attorney General Monica Anderson.

Dated: November 4, 2013

es2147.ord

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE