UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD ESPEY, | No. 2: 13-cv-2147 TLN KJN P |
| Plaintiff, | |
| v. | ORDER |
| DEUEL VOCATIONAL INSTITUTION, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's June 2, 2014 motion requesting that the court order prison officials to provide plaintiff with 28-line numbered paper. Plaintiff alleges that prison officials have refused to provide him with this paper.

The court does not require prisoners proceeding without counsel to submit filings on lined paper. The court will accept filings from pro se prisoners that are legible and written neatly on any type of common white paper that can be scanned and saved on the court's electronic CM/ECF docket.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for lined paper (ECF No. 48) is denied.

Dated: June 25, 2014

Es2147.pap

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1