UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD ESPEY, | No. 2: 13-cv-2147 TLN KJN P |
| Plaintiff, | |
| v. | ORDER |
| DEUEL VOCATIONAL INSTITUTION, et al., | |
| Defendants. | |

Pending before the court is defendants' motion to modify the scheduling order. (ECF No. 66.) Defendants request that the dispositive motion deadline, set for December 22, 2014, be extended to January 21, 2015.

Good cause appearing, IT IS HEREBY ORDERED that defendants' motion to modify the scheduling order (ECF No. 66) is granted; the dispositive motion deadline is extended to January 21, 2015.

Dated: January 6, 2015

Es2147.sch

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1