UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD ESPEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEUEL VOCATIONAL INSTITUTION, et al.,<br><br>　　　　　Defendants. | No. 2: 13-cv-2147 TLN KJN P<br><br><br><br>ORDER |

Pending before the court is defendants' third motion to modify the scheduling order. Defendants request that the dispositive motion deadline set for January 21, 2015, be reset to February 11, 2015.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' motion to modify the scheduling order (ECF No. 69) is granted;

2. The dispositive motion deadline is reset to February 11, 2015.

Dated: January 28, 2015

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Es2147.mod

1