UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD ESPEY, | No. 2: 13-cv-2147 TLN KJN P |
| Plaintiff, | |
| v. | ORDER |
| DEUEL VOCATIONAL INSTITUTION, et al., | |
| Defendants. | |

Plaintiff is a former state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Defendants' summary judgment motion, filed February 11, 2015, is submitted for decision. (ECF No. 73.) After defendants filed their summary judgment motion, plaintiff filed a notice of change of address indicating that he was no longer incarcerated. (ECF No. 79.)

Pending before the court is defendants' April 7, 2015 request for application of the non-prisoner provisions in the local rules. (ECF No. 86.) In particular, defendants request that the court set defendants' summary judgment motion for hearing and oral argument.

Because plaintiff is no longer incarcerated, application of the non-prisoner provisions in the local rules is appropriate. However, after reviewing the pleadings, the undersigned has determined that oral argument regarding defendants' summary judgment motion is not warranted.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' request for application of the non-prisoner provisions in the local rules is granted;

2. Defendants' request for oral argument regarding their summary judgment motion is denied.

Dated: April 17, 2015

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Espey2147.ord