1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   FLOYD ESPEY,                                 No.  2:13-2147 TLN KJN P

12            Plaintiff,

13        v.                                       ORDER

14   DEUEL VOCATIONAL INSTITUTION,
     et al.,
15
              Defendants.
16

17

18        Plaintiff is a former state prisoner, proceeding without counsel, with a civil rights action

19   pursuant to 42 U.S.C. § 1983.  Plaintiff alleges that he received inadequate medical care in

20   violation of the Eighth Amendment.  For the following reasons, defendants are directed to

21   supplement their briefing filed in support of their summary judgment motion.

22        On February 11, 2015, defendants Street, Awanti and Baath filed a summary judgment

23   motion.  (ECF No. 73.)  In support of the summary judgment motion, defendants filed

24   declarations by each defendant.  (ECF Nos. 73-5, 73-6, 73-7.)  Defendants also filed

25   approximately 76 pages of medical records.  (ECF No. 73-4.)  Defendants' declarations do not

26   reference these records.  Defendants' statement of undisputed facts (ECF No. 73-3) generally

27   references the medical records, but does not identify the specific page of the record referenced.

28   ////

                                                    1

1    Defendants are directed to file amended declarations for each defendant specifically

2 identifying the medical records, including the page number of the exhibits filed with the court,

3 which supports the statements in the declarations.  Defendants are also directed to file an

4 amended statement of undisputed facts clearly identifying the medical record referenced.  It is not

5 the court's duty to comb through 76 pages of medical records, on defendants' behalf, in order to

6 determine whether defendants have submitted medical records in support of their claims.

7    Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this

8 order, defendants shall file the further briefing described above.

9 Dated:  May 14, 2015

10

11                                        KENDALL J. NEWMAN
                                          UNITED STATES MAGISTRATE JUDGE
12

13 Espey2147.fb

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28