1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   FLOYD ESPEY,                              No.  2:13-cv-2147 TLN KJN P

12              Plaintiff,

13        v.                                   FINDINGS & RECOMMENDATIONS

14   DEUEL VOCATIONAL INSTITUTION,
     et al.,
15
                Defendants.
16

17

18        A recent court order was served on plaintiff's address of record and returned by the postal

19   service.  It appears that plaintiff has failed to comply with Local Rule 183(b), which requires that

20   a party appearing in propria persona inform the court of any address change.

21        Accordingly, on October 29, 2015, the undersigned granted plaintiff thirty days to show

22   cause why this action should not be dismissed for his failure to inform the court of his address

23   change.  Thirty days passed and plaintiff did not respond to the October 29, 2015 order.

24        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without

25   prejudice for failure to prosecute.  See Local Rule 183(b).

26        These findings and recommendations are submitted to the United States District Judge

27   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

28   after being served with these findings and recommendations, plaintiff may file written objections

1

1  with the court.  The document should be captioned "Objections to Magistrate Judge's Findings

2  and Recommendations."  Any response to the objections shall be filed and served within fourteen

3  days after service of the objections. Plaintiff is advised that failure to file objections within the

4  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951

5  F.2d 1153 (9th Cir. 1991).

6  Dated:  December 10, 2015

7

8  _____
   KENDALL J. NEWMAN
   UNITED STATES MAGISTRATE JUDGE
9

10  Es2147.fr

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2