1

2

3

4

5

6

7

8                               UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     FLOYD ESPEY,                                    No.  2:  13-cv-2147 TLN KJN P

12                     Plaintiff,

13            v.                                        FURTHER SCHEDULING ORDER

14     DEUEL VOCATIONAL INSTITUTION,
       et al.,
15
                       Defendants.
16

17

18            Plaintiff is a former state prisoner, proceeding without counsel, with a civil rights action

19     pursuant to 42 U.S.C. § 1983.

20            On December 10, 2015, the undersigned recommended that this action be dismissed based

21     on plaintiff's failure to inform the court of his change of address.  (ECF No. 100.)  On December

22     23, 2015, plaintiff filed a response to the findings and recommendations.  (ECF No. 101.)  Good

23     cause appearing, the findings and recommendations are vacated.

24            Motions for summary judgment in this matter have been resolved pursuant to order filed

25     September 25, 2015.  Good cause appearing, the court will, by this order, set a further schedule

26     for this litigation.

27            The parties will be required to file pretrial statements in accordance with the schedule set

28     forth below.

1    Good cause appearing, pursuant to Fed. R. Civ. P. 16(b), THIS COURT ORDERS AS

2  FOLLOWS:

3        1.  Discovery is closed.

4        2.  Law and motion is closed.

5        3.  Plaintiff shall file and serve his pretrial statement and any motions necessary to obtain

6  the attendance of witnesses at trial on or before June 2, 2016.  Defendants shall file their pretrial

7  statement on or before June 16, 2016.  The parties are advised that failure to file a pretrial

8  statement may result in the imposition of sanctions, including dismissal of this action.

9        4.  The final pretrial conference is set for June 30, 2016, at 2:00 p.m., before the

10  Honorable Troy L. Nunley;

11        5.  This matter is set for jury trial before the Honorable Troy L. Nunley on August 29,

12  2016, at 9:00 am;

13        6.  The December 10, 2015 findings and recommendations (ECF No. 100) are vacated.

14  Dated:  January 7, 2016

15

16  KENDALL J. NEWMAN
    UNITED STATES MAGISTRATE JUDGE

17

    Es2147.sch

18

19

20

21

22

23

24

25

26

27

28