UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FLOYD ESPEY,

          Plaintiff,

   v.

DEUEL VOCATIONAL INSTITUTION, et al.,

          Defendants.

No.  2:  13-cv-2147 TLN KJN P

ORDER

     Plaintiff is a former state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's January 21, 2016 request to reopen this action.  (ECF No. 104.)  For the following reasons, this request is denied as unnecessary.

     On December 10, 2015, the undersigned recommended that this action be dismissed based on plaintiff's failure to prosecute.  (ECF No. 100.)  On December 23, 2015, plaintiff filed a pleading indicating that he intended to prosecute this action.  (ECF No. 101.)  Accordingly, on January 7, 2016, the undersigned vacated the December 10, 2015 findings and recommendations and issued a further scheduling order.  (ECF No. 102.)  This action is set for jury trial on August 29, 2016, before the Honorable Troy L. Nunley as to plaintiff's claim that defendant Baath improperly discontinued his prescription for Artane.

1

Because this action has not been dismissed, IT IS HEREBY ORDERED that plaintiff's request to reopen this action (ECF No. 104) is denied as unnecessary.

Dated:  January 27, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Es2147.den

2