1
2
3
4
5
6
7
8                             UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   FLOYD ESPEY,                              No.  2:13-cv-2147 TLN KJN P

12                  Plaintiff,

13         v.                                  ORDER

14   DEUEL VOCATIONAL INSTITUTION,
     et al.,
15
                    Defendants.
16

17

18         Plaintiff is a former state prisoner, proceeding without counsel, in an action brought under

19   42 U.S.C. § 1983.  This action is set for jury trial before the Honorable Troy L. Nunley on August

20   29, 2016.

21         Under 28 U.S.C. § 1915(c)(1), district courts are granted discretion to appoint counsel for

22   indigent persons.  However, this discretion may be exercised only under "exceptional

23   circumstances."  Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991).  "A finding of

24   exceptional circumstances requires the evaluation of both the likelihood of success on the merits

25   and the ability of the plaintiff to articulate his claims *pro* se in light of the complexity of the legal

26   issues involved.  Neither of these factors is dispositive and both must be viewed together before

27   reaching a decision."  Id.

28   ////

                                                    1

1       Having considered the factors above, the court finds that plaintiff has failed to meet his

2  burden of demonstrating exceptional circumstances warranting the appointment of counsel.

3       Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for the appointment of

4  counsel (ECF No. 106) is denied.

5  Dated:  March 31, 2016

6

7  espe2147.31.kjn

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2