UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD ESPEY, | No. 2: 13-cv-2147 TLN KJN P |
| Plaintiff, | |
| v. | ORDER |
| DEUEL VOCATIONAL INSTITUTION, et al., | |
| Defendants. | |

Plaintiff is a former state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. This action is set for jury trial before the Honorable Troy L. Nunley on August 29, 2016.

Pursuant to the scheduling order filed January 7, 2016, plaintiff's pretrial statement was due on June 2, 2016. Plaintiff did not file his pretrial statement.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is granted fourteen days from the date of this order to show cause why this action should not be dismissed based on his failure to file a pretrial statement;

////

////

////

1

2. The order directing defendants to file their pretrial statement on or before June 16, 2016 is vacated; the court will re-set this date following receipt of plaintiff's briefing, if appropriate.

Dated: June 8, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Es2147.osc