1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   FLOYD ESPEY,                              No.  2:  13-cv-2147 TLN KJN P

12                Plaintiff,

13        v.                                   ORDER

14   DEUEL VOCATIONAL INSTITUTION,
     et al.,
15
                 Defendants.
16

17

18        Plaintiff is a former state prisoner, proceeding with a civil rights action pursuant to 42

19   U.S.C. § 1983.  On June 8, 2016, plaintiff was granted fourteen days to show cause why this

20   action should not be dismissed for his failure to file a timely pretrial statement.

21        On June 21, 2016, plaintiff filed a response to the show cause order.  The response

22   indicates that plaintiff is now represented by counsel.  Good cause appearing, the order to show

23   cause is vacated.  Because plaintiff is now represented by counsel, the pretrial conference and

24   jury trial dates will be re-set.

25        On June 13, 2016, defendant filed a motion for an extension of time to serve his expert

26   disclosure.  Good cause appearing, defendant's motion for an extension of time is granted.

27   Defendant shall serve his expert disclosure on plaintiff's counsel within seven days of the date of

28   this order.

                                              1

1       Accordingly, IT IS HEREBY ORDERED that:

2       1.  Defendant's motion for an extension of time to serve his expert disclosure (ECF No.

3  109) is granted; defendant shall serve plaintiff's counsel with his expert disclosure within seven

4  days of the date of this order;

5       2.  The pretrial conference set for June 30, 2016, and the jury trial set for August 29, 2016,

6  before the Honorable Troy L. Nunley are vacated;

7       2.  The pretrial conference is re-set for April 6, 2017, at 2:00 p.m., before the Honorable

8  Troy L. Nunley; plaintiff shall file his pretrial statement on or before March 2, 2017; defendant

9  shall file his pretrial statement on or before March 16, 2017;

10       3.  The jury trial is re-set for June 5, 2017, at 9:00 a.m., before the Honorable Troy L.

11  Nunley.

12  Dated:  June 23, 2016

13

14                            KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

15

16  Es2147.vac

2