UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

FLOYD JOSEPH ESPEY,

        Plaintiff,        No. 2:13-cv-2147 TLN KJN P

  vs.

DEUEL VOCATIONAL INSTITUTION,
et al.,

        Defendants.        **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

    Floyd Joseph Espey, a necessary and material witness in proceedings in this case on April 7, 2017, is confined in Shasta County Jail, in the custody of the Sheriff; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Court, 8th Floor, Courtroom 24, United States District Courthouse, 501 I Street, Sacramento, California on April 7, 2017, at 9:30 a.m.

    ACCORDINGLY, IT IS ORDERED that:

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Sheriff to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

    2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

    3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ on the Litigation Coordinator at Shasta County Jail at (530) 245-6129.

    4. The clerk of the Court is directed to serve a courtesy copy of this order on the United States Marshal.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To:  Sheriff, Shasta County Jail, 1655 West Street, Redding, California, 96001:**

    **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated:  March 15, 2017

espe2147.841

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE